### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TIMMY ALAN PIERCE )<br>)<br>　　Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL RYAN, In his Individual )<br>Capacity, )<br>TIMOTHY HARRIS, In his Individual )<br>Capacity, )<br>DANIEL R. BULLOCK, In his )<br>Individual Capacity and )<br>ST. FRANCOIS COUNTY, MISSOURI )<br>)<br>　　Defendants. ) | Case No. 4:18-CV-00654-RWS |

### NOTICE OF SETTLEMENT

COME NOW Plaintiff, Timmy Alan Pierce, and Defendants, Daniel R. Bullock and St. Francois County, Missouri, and notify they have reached an agreement to settle Plaintiff's claims against St. Francois County Missouri and Daniel R. Bullock.

A Stipulation for Dismissal of these claims will be filed within thirty days.

Dated this 25th day of January 2019.

/s/ David M. Duree
David M. Duree, MBE 21003
David M. Duree & Associates, P.C.
312 South Lincoln Avenue
O'Fallon, IL 62269
Tel:   618-628-0186
Fax:  618-628-0259
Email:  law@dmduree.net
*Attorney for Plaintiff,*
*Timmy Alan Pierce*

/s/ William A. Hellmich (with consent)
William A. Hellmich
Rachel Bates
King Krehbiel & Hellmich, LLC
2000 South Hanley Road
St. Louis, MO 63144
Tel:  314-646-1000
Email:  bhellmich@kingkrehbiel.com
*Attorney for Defendants, Michael Ryan,*
*Timothy Harris, Daniel R. Bullock and*
*St. Francois County Missouri*