IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TIMMY ALAN PIERCE<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL RYAN, In his Individual Capacity,<br>TIMOTHY HARRIS, In his Individual Capacity,<br>DANIEL R. BULLOCK, In his Individual Capacity and<br>ST. FRANCOIS COUNTY, MISSOURI<br><br>    Defendants. | Case No. 4:18-CV-00654-RWS<br><br>So Ordered<br>*/s/ [signature]* USDJ.<br>2/20/19 |

### STIPULATION FOR DISMISSAL OF THE CLAIMS AGAINST DEFENDANTS, DANIEL R. BULLOCK AND ST. FRANCOIS COUNTY, MISSOURI, WITH PREJUDICE

COMES NOW Plaintiffs and Defendants and stipulate that the Complaint against Defendants, Daniel R. Bullock and St. Francois County Missouri, may be dismissed, with prejudice, with each party to bear their own court costs. A proposed Order is attached.

This resolves all claims and issues in this case.

/s/ David M. Duree
David M. Duree, MBE 21003
David M. Duree & Associates, P.C.
312 South Lincoln Avenue
O'Fallon, IL 62269
Tel: 618-628-0186
Fax: 618-628-0259
Email: law@dmduree.net
*Attorney for Plaintiff,*
*Timmy Alan Pierce*

/s/ William A. Hellmich (with consent)
William A. Hellmich
Rachel Bates
King Krehbiel & Hellmich, LLC
2000 South Hanley Road
St. Louis, MO 63144
Tel: 314-646-1000
Email: bhellmich@kingkrehbiel.com
*Attorney for Defendants, Michael Ryan,*
*Timothy Harris, Daniel R. Bullock and*
*St. Francois County Missouri*

Page 1 of 1

4:18-CV-00654-RWS